**Rule 10.5    Notice to Beneficiaries and Intestate Heirs**

(a)    Within three **[(3)]** months after **[the] a** grant of letters **or whenever there is a change in personal representative**, **[the] a** personal representative **[to whom original letters have been granted]** or the personal representative's counsel shall send a written notice of estate administration in the form approved by the Supreme Court to:

…

(e)    Upon the failure of the personal representative or the personal representative's counsel to file the certification on a timely basis, the Register shall, after ten **[(10)]** days subsequent to providing written notice to **[the delinquent] each** personal representative and **[his] their** counsel, notify the court of such delinquency.

…

**Note:**  Rule 10.5 is **[substantively identical to] derived from** former Rule 5.6**[,].  Subdivision (a) applies to an initial grant of letters and to all changes in personal representative, including a grant of letters to a successor personal representative or due to the death or resignation of a personal representative when there are other personal representatives who continue to serve. [except that subparagraph] Subdivision** (d) of this Rule **[no longer] does not** prohibit**[s]** the Register from charging a fee for filing this certification. The form of notice and certification of notice required by Rule 10.5 is set forth in the Appendix. **[Subparagraph] Subdivision** (e) of this Rule is not intended to limit the inherent power of the court to impose sanctions upon a delinquent personal representative or counsel.

**Explanatory Comment:**  It is not the intention of this Rule to require notice beyond the degree of consanguinity entitling a person to inherit under Chapter 21 of Title 20.